UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
(AT COVINGTON)



Eastern District of Kentucky
F I L E D

FEB - 6 2020

AT COVINGTON

| | |
|---|---|
| Tracy Simpson and Danika Lolles, individually and on behalf of themselves and others similarly situated, | Case No. 2:18-cv-00074-DLB-CJS (Judge David L. Bunning) (Mag. Judge Candace J. Smith) |
| Plaintiffs, | |
| vs. | |
| Champion Petfoods USA Inc. and Champion Petfoods LP, | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION FOR ENTRY OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Court, upon the presentation of the Joint Motion for Entry of Voluntary Dismissal filed by Plaintiffs Tracy Simpson and Danika Lolles and Defendants Champion Petfoods USA Inc. and Champion Petfoods LP, the matter is hereby dismissed, with prejudice, with each party shall be responsible for its own costs.

IT IS SO ORDERED this 6th day of February , 2020.

Signed By:
David L. Bunning
United States District Judge

Honorable David L. Bunning
United States District Judge